# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>SERGIO MARTINEZ-BENAVIDES,<br><br>                Defendant. | CASE NO. 12CR3802-AJB<br><br>**JUDGMENT OF DISMISSAL** |

13 APR -8 PM 3:44

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal, without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) as charged in the Indictment:

      8:1326(a) and (b) - Attempted Reentry of Removed Alien

      18:1546(a) - Fraud and Misuse of Visas, Permits and Other Documents

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 03/29/13

                                    Anthony J. Battaglia
                                    United States District Judge